**FILED**
CLERK, U.S. DISTRICT COURT

9/21/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____JB_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>TIMOTHY CORNELL PATTERSON,<br><br>　　　　Defendant. | CR 2:21-cr-00443-PA<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

　　　The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

　　　On or about January 29, 2021, in Los Angeles County, within the Central District of California, defendant TIMOTHY CORNELL PATTERSON knowingly possessed a firearm, namely, a Glock Model 26 Gen 4, 9mm caliber pistol, bearing serial number UFN731, and ammunition, namely, approximately 16 rounds of Speer 9mm Luger caliber ammunition, in and affecting interstate and foreign commerce.

　　　Defendant PATTERSON possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Possession of Firearm by Convicted Felon, in violation of California Penal Code Section 29800(a)(1), in the Superior Court of the State of California, County of Sacramento, case number 14F01995, on or about November 24, 2014;

2. Carrying a Loaded Firearm, in violation of California Penal Code Section 12031(a), in the Superior Court of the State of California, County of Sacramento, case number 08F09028, on or about January 28, 2009;

3. Sale of Marijuana, in violation of California Health and Safety Code Section 11360(a), in the Superior Court of the State of California, County of Sacramento, case number 05F10640, on or about February 3, 2006; and

4. Possession of Marijuana for Sale, in violation of California Health and Safety Code Section 11359, in the Superior Court of the State of California, County of Sacramento, case number 05F10640, on or about February 3, 2006.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2. If so convicted, defendant shall forfeit to the United States of America the following:

(a) All right, title, and interest in any firearm or ammunition involved in or used in such offense, including but not limited to the following:

i. One Glock Model 26 Gen 4, 9mm caliber pistol bearing serial number UFN731; and

ii. approximately 16 rounds of Speer 9mm Luger caliber ammunition; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), defendant PATTERSON, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of defendant PATTERSON, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a

3

1  third party; (c) has been placed beyond the jurisdiction of the
2  court; (d) has been substantially diminished in value; or (e) has
3  been commingled with other property that cannot be divided without
4  difficulty.

                                        A TRUE BILL

                                         _____/S/_____
                                         Foreperson

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, Criminal Division

SHAWN J. NELSON
Assistant United States Attorney
Chief, International
 Narcotics, Money Laundering &
 Racketeering Section

CHRISTOPHER C. KENDALL
Assistant United States Attorney
Deputy Chief, International
 Narcotics, Money Laundering &
 Racketeering Section

SCOTT D. DUBOIS
Assistant United States Attorney
International Narcotics,
 Money Laundering &
 Racketeering Section