

*United States Probation & Pretrial Services*

United States District Court
Central District of California

Kiry K. Gray
District Court Executive / Clerk of Court

Jeffrey Thomason
Acting Chief Probation & Pretrial Services Officer



FILED
CLERK, U.S. DISTRICT COURT
10/19/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___jb___ DEPUTY

Date: October 19, 2021
Re: Release Order Authorization
Docket Number: 2:21-CR-00443
Defendant: Timothy Cornell Patterson

To Whom It May Concern:

The above-referenced defendant was ordered released on a bond that includes the special condition of placement into the Location Monitoring Program and **RELEASE TO PRETRIAL SERVICES ONLY**. The Location Monitoring Unit has been advised and is available to release the defendant from custody.

If you determine the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

**Tiffany Rivers**
Digitally signed by Tiffany Rivers
Date: 2021.10.19 09:53:05 -07'00'

TIFFANY RIVERS
U.S. Probation & Pretrial Services Officer
Telephone No. 213-894-0989