Exhibit A

March 28, 2022

Dear Judge Anderson,

My lawyers tell me that you will want to know why I possessed a firearm given my prior history.  I'll try to explain.

My lawyers also told me there is a recent study that proves the number one cause of death among black rappers is murder (specifically: by gunfire).  I did not know that; but it did not surprise me.  I am well aware of the many black rappers who have been shot dead, or wounded by gunfire. Some of them were people I knew personally and/or professionally.

Earlier in my career as a young rapper, I have been shot at in public settings; specifically, while driving in my car.  Very recently (on March 9), 3 people jumped the fence at my home and were attempting to break into my house when they were scared off by my dogs barking (see attached report).

It is a fear that all black rappers carry with them, all the time.  I know that does not legally justify me possessing a firearm. But I took some comfort in the fact that I knew with certainty I was not going to use that gun for any illegal purposes.  I wanted it solely for self-defense in case of an attack against me or my family.

You will know my domestic situation from the Probation Report. So you know I have 2 daughters, an 8 year old and a 4 year old. And my wife is expecting with what will shortly be our third child.  And you will also know my own

1

childhood history from the Probation Report: My father was in prison for virtually all of my childhood. My mother was in and out of jail and rehab for most of my childhood due to drug addiction. Fortunately, I had a loving grandmother who essentially raised me and guided me to avoid the many dangers associated with living in "gang" territory. (By the way, I have never been a member of any "gang," despite police reports referenced in the PSR to the effect that I was a "validated" member (whatever that means).

So I am deeply, deeply committed that my children should not suffer the disadvantage of an absent father, as I did. I want them to have a father to love them and guide them as they grow. I can say with certainty that is THE factor that motivated me to possess a gun when I knew the law did not allow it. If I got killed I would break my vow to be there for them as a guiding force, leaving them fatherless (as I was).

So I am guessing you might wonder why should you trust me in the future? Well, for one thing, this is the first time I have faced consequences from the federal government. I have learned those consequences can be quite severe. Ironically, it forced me to come to grips with the fact that by possessing a gun to make sure I am "there" for my children, I may have actually caused myself to be separated from them if I am sent to prison.

So I am hoping you will find it in your wisdom to order a sentence that does not

2

require me to be separated from my family by prison. For example, you should know from the supporting letters and the PSA that I have "given back" quite a bit to the community. I intend to continue that in the future.

While I have given material things to the community, I see now that I can also share some of the wisdom and lessons I have learned from my mistakes. I hope you will allow me, as part of my sentence, to visit schools and communities (like the one I came from) and convey to youngsters the lessons I have learned; and warn them of the temptations and dangers they may face. I would urge them to take the wiser and law-abiding path; and include a healthy warning of the adverse consequences I have learned if they do not.

I have had a lot of time to ponder what I have done since my arrest. I didn't wish for it, but in an odd way this case has been kind of a helpful wake-up call. I was very caught up in my lifestyle, having mild breakdowns, and abusing drugs. I am actually thankful for the strict conditions on which you released me. I've had no drugs since my arrest. I feel much more alive and in touch with my family and friends. I make more of each day since I don't know what the future holds.

This case made me realize that everything I have accomplished and built can be taken away because of a single mistake or lapse in judgment.

I once read that, "A stumble may prevent a fall." I believe this was my "stumble," which will prevent me from taking a "fall." I think I needed something like this to give a

3

little more structure to my life; and I intend to benefit from it, for myself and for my family.

Sincerely,

Timothy Patterson Jr.

4