Exhibit B



**Study shows that the leading cause of death with Rappers is murder.**



A new study concerning the deaths of musicians shows that more Hip Hop artists have died due to murder than any other genre.

Professor Dianna Theadora Kenny, a professor of psychology at the University of Sydney,

recently shared her findings after examining the deaths of more than 13,000 musicians. According to Professor Kenny's article murder accounts for 51% of rapper's deaths.

"This could be due to these genres' strong associations with drug-related crime and gang culture," Kenny says in an interview with the Washington Post.

"It's a cautionary tale to some degree," she says. "People who go into Rap music or Hip Hop or punk, they're in a much more occupational hazard profession compared to war. We don't lose half our army in a battle."

The study does show that rappers are less likely to die from cancer or heart disease than an artist who performs jazz, blues or folk.

Check out the Charts below:



## Cause of death by genre
Various causes of death for musicians of different genres

|                    | Accidental | Suicide | Homicide | Heart-related | Cancer |
|--------------------|------------|---------|----------|---------------|--------|
| % deaths per cause | 19.5%      | 6.8%    | 6.0%     | 17.4%         | 23.4%  |
| Blues              | 9.2%       | 2.0%    | 3.5%     | 28.0%         | 24.2%  |
| Jazz               | 10.6%      | 2.7%    | 1.9%     | 20.7%         | 30.6%  |
| Country            | 15.8%      | 4.7%    | 1.6%     | 23.5%         | 25.1%  |
| Gospel             | 13.3%      | 0.9%    | 3.6%     | 18.5%         | 23.0%  |
| R&B                | 11.5%      | 1.6%    | 5.0%     | 23.2%         | 26.8%  |
| Pop                | 19.0%      | 8.4%    | 2.9%     | 16.4%         | 26.7%  |
| Folk               | 15.9%      | 5.5%    | 4.4%     | 15.3%         | 32.3%  |
| World music        | 12.7%      | 3.4%    | 9.6%     | 17.8%         | 19.9%  |
| Rock               | 24.4%      | 7.2%    | 3.6%     | 15.4%         | 24.7%  |
| Electronic         | 16.7%      | 5.0%    | 10.0%    | 15.0%         | 25.0%  |
| Punk               | 30.0%      | 11.0%   | 8.2%     | 12.6%         | 18.3%  |
| Metal              | 36.2%      | 19.3%   | 5.9%     | 11.0%         | 14.1%  |
| Rap                | 15.9%      | 6.2%    | 51.0%    | 6.9%          | 7.6%   |
| Hip Hop            | 18.3%      | 7.4%    | 51.5%    | 6.1%          | 6.1%   |

Red: significantly above the overall average rate for cause of death
Blue: above the overall average rate for cause of death
Green: significantly below the overall average rate for cause of death

Note: not all causes shown

theconversation.com      Source: Author

📅 March 25, 2015   👤 bradcburke   🗂 Album, Artists, Community, Music   🏷 Biggie, Death, Dianna Theadora Kenny, Pac, psychology, Rappers, Study, University of Sydney

Blog at WordPress.com.

# Kodak Black, Three Others Injured in Shooting Outside L.A. Concert Afterparty

L.A. TIMES 2/13/22



Rapper Kodak Black, whose legal name is Bill Kapri, and two other individuals were hospitalized after sustaining injuries in a shooting outside a lounge on N La Cienega Boulevard in Los Angeles early Saturday morning. The incident occurred in the hour after the venue had concluded hosting an unofficial afterparty for a Justin Bieber concert.

While the incident unfolded near the lounge, the afterparty had already concluded by the time it occurred, with guests being escorted out of the venue at around 1:45 a.m. ahead of a 2:00 a.m. closure. A source close to the situation also indicated that Kodak Black hadn't entered the premises during the evening.

The three victims — men aged 19, 24 and 60 — heard a fight break out outside of the venue at around 2:45 a.m., the Los Angeles Police Department told *Variety*. NBC News later reported that Kodak Black was the 24-year-old injured in the incident. Additionally, it's been reported that an additional individual was also hurt as a result of the altercation.

Multiple rounds were fired, striking the three men. Two were transported from the restaurant to a local hospital by the Los Angeles fire department, while the third was later moved to a hospital after leaving the crime scene. All victims are now in stable condition. There is currently no information available on suspects in the incident and the investigation remains ongoing.

The after party was set just down the street from the Pacific Design Center, which hosted Justin Bieber as part of h.wood and Revolve's Homecoming Weekend event earlier in the evening. The after party did not have any official affiliation with Bieber's concert.

The two-day event is meant to celebrate sports, fashion, entertainment and music ahead of the Super Bowl on Sunday. Homecoming Weekend has been planned to host a series of high-profile performers through Saturday evening.

During last night's festivities, Bieber performed a 30-minute set to a crowd of about 1,500 individuals, with Shawn Mendes, Anthony Ramos, Logan Paul, Niall Horan and Scooter Braun among those in attendance. The performance wrapped at around midnight. The afterparty reportedly hosted Bieber and his wife, Hailey, Drake, Tobey Maguire, Khloe Kardashian, Lil Baby and Kodak Black, though it remains uncertain whether these celebrities were still in attendance when the shooting occurred.

*Variety* has reached out to representatives for Kodak Black, Bieber and Homecoming Weekend for comment.

# Family blames lack of security for Drakeo the Ruler's killing

L.A. TIMES 1-28-22

By RICHARD WINTON

The family of rapper Drakeo the Ruler announced Thursday that it will file a wrongful death lawsuit against the promoters of the L.A. music festival where he was fatally stabbed backstage, blaming a lack of security at the December event.

The family of the 28-year-old rapper, whose real name was Darrell Caldwell, also released a video showing a mob of men dressed in red assaulting Drakeo before he was stabbed. Drakeo was one of a dozen high-profile rappers scheduled to perform at the Once Upon a Time in L.A. festival on Dec. 18 at the Banc of California Stadium in Exposition Park.

The video shows the assailants swarm Drakeo, who falls to the ground as half a dozen young men repeatedly deliver blows. Drakeo was stabbed in the neck and rushed to a hospital, where he died of his injuries, authorities said. His killers remain at large.

"Mr. Caldwell was essentially lynched by over 40 to 60 people, and as you also saw, Mr. Caldwell had no security," said attorney James Bryant, who represents the family. "That video ran for a full minute and you didn't see one security officer there. The video you saw was one of the last few moments of Darrell Caldwell's life."

Bryant alleged that Drakeo was only allowed an entourage of eight people backstage and that when he arrived, a fight broke out and dozens of men were able to flow into the area. He said Drakeo was then corralled by the mob without any security personnel around. There was a surge, he said, and "we believe knives came into play."

"It should have never have happened," Bryant said. "The concert Once Upon a Time in Los Angeles had 50 of the most iconic music artists in the industry, but ... you also knew there could be an element of danger. You had Bloods. You had Crips and affiliations amongst them. We all know those groups don't go together."

He and other attorneys for the Caldwell family allege that Live Nation, Bobby Dee Presents and C3 Presents did not provide adequate security at the event. "This would have never happened if those promoters had had the proper security protocol. This was a preventable death," Bryant said.

A lawsuit will be filed next week against the promoters seeking upward of $20 million, he said.

After the brutal attack, authorities were forced to shut down the event about 8:30 p.m. The concert was slated to go on until 11 p.m.

Festival organizers on Thursday released a brief statement: "Once Upon a Time in L.A. joins Drakeo's family, friends, and fans in grieving his loss. The festival is continuing to support local authorities in their investigation as they pursue the facts."

The rapper's death left his 5-year-old son, Caiden, fatherless, his family said at a news conference Thursday.

"It's been hard," said Caiden's mother, Tianna Purtue, who held the boy as she talked to reporters. "It has been a real tragedy for him. ... How can I explain his dad is not coming back? ... He is gone and we not going to see him again."

"I love my dad. I miss my dad," the boy said.

Drakeo, an L.A. native who had become an increasingly popular rapper, had released 10 mixtapes and put out his first studio album early last year. He recorded the mixtape "Thank You for Using GTL," a reference to prison communications company Global Tel Link, with verses recorded over a phone while he was being held at Men's Central Jail awaiting trial in connection with the 2016 killing of a 24-year-old man.

Drakeo was acquitted of felony murder and attempted murder charges, but L.A. County prosecutors sought to retry him on conspiracy charges in the slaying. The second case was ultimately resolved with a plea deal and he was released in November 2020.

Bryant noted that Drakeo's fatal stabbing was the latest in a series of deadly incidents involving Live Nation concerts.

"This did not start with Astroworld," he said, referring to the November music festival in Houston in which 10 people died and hundreds more were injured after crowds rushed the stage toward the start of Travis Scott's set. "It has happened time and time again."



CAIDEN CALDWELL, the 5-year-old son of Drakeo the Ruler, at a Thursday news conference announcing the family's intent to file a wrongful death lawsuit. CAROLYN COLE Los Angeles Times