Exhibit C

# Los Angeles Police Department
## INVESTIGATIVE REPORT

Page ___ of ___ 03.01.00 (05/2021)

UCR CODE: ___
CC: ___
☐ COMBINED EVID. REPORT
☐ MULTIPLE DRS ON THIS REPORT

REPORT OF: TRESPASS
INVEST DIV: WVS
INC #: 220309000044483
DR #: ___

### CASE SCREENING FACTOR(S)
☐ SUSPECT/VEHICLE NOT SEEN
☐ PRINTS OR OTHER EVIDENCE NOT PRESENT
☐ MO NOT DISTINCT
☐ PROPERTY LOSS LESS THAN $5,000
☐ NO SERIOUS INJURY TO VICTIM
☐ ONLY ONE VICTIM INVOLVED

**VICTIM**
LAST NAME, FIRST, MIDDLE (OR NAME OF BUSINESS): SINGH, SUKHJIT KAUR
SEX: F  DESC: BLK  HT: 503  WT: 108  AGE: 26  DOB: ___
ADDRESS: R - ___  B - ___  ZIP: ___  PHONE: ___
E-MAIL ADDRESS: LOVESUKI1_R@GMAIL.COM
CELL PHONE: ___
DR. LIC. NO. (IF NONE, OTHER ID & NO.): ___
FOREIGN LANGUAGE SPOKEN: ___
OCCUPATION: CUSTOMER SERVICE

PREMISES (SPECIFIC TYPE): SINGLE FAMILY RESIDENCE  ☐ ATM

ENTRY 459/BFV POINT OF ENTRY:
☐ FRONT  ☐ REAR  ☐ SIDE  ☐ ROOF  ☐ FLOOR  ☐ OTHER
METHOD: ___
INSTRUMENT/TOOL USED: ___
POINT OF EXIT: ___

LOCATION OF OCCURRENCE: ___  SAME AS V'S ☒  RES. ☐ BUS.
R.D.: 0971
PRINTS BY PREL. INV: ATTEMPT ☐ Y ☐ N  OBTAINED ☐ Y ☐ N

DATE & TIME OF OCCURRENCE: 3/9/22 2104
DATE & TIME REPORTED TO PD: 3/9/22 2140

TYPE PROPERTY STOLEN/LOST/DAMAGED: ___  ☐ 03.04.00 GIVEN
STOLEN/LOST: $ ___  RECOVERED: $ ___  EST. DAMAGED ARSON/VAND.: $ ___

VICT'S VEH. (IF INVOLVED) YEAR, MAKE, TYPE, COLOR, LIC. NO.: ___
NOTIFICATION(S) (PERSON & DIVISION): ___
CONNECTED REPORT(S) (TYPE & DR #): ___

**MO** IF LONG FORM, LIST UNIQUE ACTIONS. IF SHORT FORM, DESCRIBE SUSPECT'S ACTIONS IN BRIEF PHRASES, INCLUDING WEAPON USED. DO NOT REPEAT ABOVE INFO BUT CLARIFY REPORT AS NECESSARY. IF ANY OF THE MISSING ITEMS ARE POTENTIALLY IDENTIFIABLE, ITEMIZE AND DESCRIBE ALL ITEMS MISSING IN THIS INCIDENT IN THE NARRATIVE.

SUSPS CLIMBED OVER VICT'S SIDE GATE. VICT'S DOG BARKED AT SUSPS, AND SUSPS FLED BACK OVER GATE. SUSPS FLED S/B NOBLE AVE IN SUSP VEHICLE.

SHOTS FIRED ☐
TRANSIT-RELATED INCIDENT ☐
MANDATORY MARSY'S RIGHTS CARD PROVIDED TO THE VICTIM ☒
MOTIVATED BY HATRED/PREJUDICE ☐
DOMESTIC VIOLENCE ☐

**REPORTING EMPLOYEE(S):**
| INITIALS, LAST NAME | SERIAL NO. | DIV./DETAIL |
|---|---|---|
| WOOD | 44636 | 9A83 |
| BROWN | 34619 | 9A83 |

PERSON REPORTING  SIGNATURE ___ OR RECEIVED BY PHONE ☐
NOTE: IF SHORT FORM AND VICTIM/PR ARE NOT THE SAME, ENTER PR INFORMATION IN INVOLVED PERSONS SECTION.