Exhibit D

## **CHARACTER REFERENCE LETTERS INDEX**

1. Sukhjit Singh, wife

2. Melissa Harrison, older sister

3. Sgt. Joseph De Leon, Brother-in-law

4. Afira Usher, Aunt

5. Emon Usher, Uncle

6. Khalil Ferguson, Professional Colleague

7. Brent Trayce Sands, Charitable Event Colleague

8. Sukhjinder Randhawa, Business Associate/Artistic Collaborator

9. Eamon Mulligan, Professional Colleague

10. Frazier Thompson, Professional Colleague in Business and Charitable Events

11. Rajan Patel, Business Colleague

12. Edenausegboye Davis, MPA, Mr. Patterson's former teacher

13. Tara Johnson, friend

14. Peter Holtz, CPA

17 February 2022
Hon. Percy Anderson
U.S. District Court

Dear Judge Anderson,

    I first met Timothy in March of 2016, I am originally from Sacramento, CA and that is where I became familiar with his music. When we first met he had just moved to Los Angeles to pursue his music career at a different level. We have been in a relationship ever since.

    Since my first encounter with him I knew he was different and unique. Even though we had just met he showed me his unconditional love as though we have known each other forever. At this time he had a 2 year old daughter, Ariana, from a previous relationship, her mother was not in her life due to personal reasons. He had introduced me to Ariana and that is when we became a family. He stepped in to be the main parent in her life. He was an amazing father to his daughter and went above and beyond for her. I remember he used to teach the alphabet daily and would tell her "The key to success is education". He was an active father and played the most important role in her life daily. He would brush her teeth, wash her face and get her ready for the day. He made her a priority and made her feel special. We used to go to Chuck E. Cheese almost every weekend regardless of his busy schedule. As the years went by, we ended up pregnant and welcomed our beautiful baby daughter Zayda in 2018.

    This was my first pregnancy and I was nervous, but Timothy reassured me with his actions and words that everything would be okay. Seeing how he was with Ariana showed me how much of a great father he was. He didn't have his dad in his life and was raised by his grandmother, Brenda Usher. Despite not having a father he knew exactly what the meaning of a real dad was. He was showing his kids what he wanted as a child, unwavering love. He was loving and sensitive to their needs. He rarely yelled out at our daughters or disciplined them because he had so much patience and understanding, always gentle with his words. My kids are growing up to be well-behaved and intelligent individuals because of him playing a huge role in their lives.

    Recently, Timothy got invited to perform the halftime show at the LA Clippers vs. LA Lakers basketball game. The girls and I were able to sit in the front row and watch him perform in front of thousands of people. The amount of love his fans showed us was indescribable. We were able to see how he was able to grab everyone's attention in that moment. This event was just the beginning, we are looking forward to attending more of his life-changing performances as a family. The girls look up to him as their hero and will forever be daddy's girls.

    Timothy is the main provider of our family. My kids have always had their own rooms and bathrooms no matter where we lived. He always made sure we didn't have to ask for anything. He spoils my kids daily with love, knowledge and gifts. Whenever he comes home they are more than ecstatic to see him, and when he is not there because of work they always ask where he is at.

    This case has had a huge impact on his life being that he is always stressed and worried that he won't be here to raise his kids. He always talks about where he came from and how it all started. He came

a long way and he wants our kids to enjoy the fruits of his labor. It is unlikely he would be involved in other criminal activity based on his past. He knows it will take away from being here with his family. Ariana and Zayda are the most important things in his life. We always talk about our future and growing our family. We recently found out that I am expecting to have another child. My due date is 8 months from now. I could not imagine him not being here to enjoy this special time with us. He is an active part in our daily lives and without him we would not be the same. He is the leader of our family. He completes us.

Before I met him I was attending college to pursue a nursing career because of parental pressures, later on I realized that was not the career choice for me. He introduced me to the world of entrepreneurship and becoming your own boss. He has allowed me to find my true passion in life. He taught me ways to be independent and to have the business mindset he has.

Timothy is a professional and has many business ventures. He handles everything he needs to and never falls behind on any deadlines. The bills are always paid and he always has an income coming in. He is the most hardworking man I know, he has so many dreams and aspirations in life. Everyday he has something new he wants to accomplish whether it is music, real estate, etc. He uses the 24 hours in his day like it is his last. He is always motivated to do better and never gives up. He puts other people's happiness before his own. I'll never forget one time he gave the shoes off his feet to a homeless person. He gives back to the community and finds ways to make others feel good. He does toy drives for underprivileged children during Christmas time and turkey giveaways during Thanksgiving. He has been an advocate for the adolescence and has spoken at high schools to motivate kids to better their lives. Even though he is a celebrity he is extremely humble and down to earth. Whenever Timothys is going through something in his life he does not let it affect how he treats people. He goes through his battles on his own and never wants to bother anyone. He would rather suffer in silence than cry or lean on anyone.

It will be six years that we have been together and I appreciate every single day that I have spent with him. He is a beautiful person inside and out. He has been present for every birthday, holiday, anniversary, and school performance. I want him to continue to experience these important moments with us as we extend our family. He is a huge impact to everyone he meets and he has a genuine heart. I know he will continue to make a positive influence on our community.

Sincerely,

Sukhjit Singh

February 02, 2022


Hon. Percy Anderson

U.S District Court


My name is Melissa Harrison and I am the oldest sister of Timothy Cornell Patterson Jr. He and I have the same mother, Terrie Belton and have an age difference of 4 years. Due to my mother's addiction, my brother and I grew up in separate households but spent quite a bit of time with one another due to the help of family members.

As a child, I remember my mother always having her addiction. As I got older, I learned that my father started her on drugs when she was 8 months pregnant with me. My mother's addiction was hard for her to hide as she was very paranoid when she was high and would act completely different than when she wasn't. We would know she used because she would hide behind the living room curtains, under the bed or in the closet with a panicked look on her face, unable to sit still. I learned at an early age that drugs were horrible, and it would always break my heart to see her in that state. Everyone knew she was on drugs and Timothy and I would be teased at times by certain kids in our age group that were also aware of what was going on. Due to this, I was very overprotective of Timothy because he was so vulnerable as a young boy and didn't completely understand it all.

Timothy's father, Timothy Patterson Senior, was around but I can only remember for moments. He would come to visit our mom, bring gifts and be gone faster than he came. He was always in and out of jail, so it was very difficult for Timothy to bond with him.

When Timothy was very young, his grandmother gained guardianship of him and he moved into her home. His grandmother was a strong woman raising her own children and did everything she could to give Timothy a better life. I spent a lot of time at her house as she would take me in whenever my mom needed somewhere for me to go (which was often). I appreciate her for this because it allowed me to have a relationship with my only sibling. I remember her girls would put on talent shows and Timothy would be front and center ready to sing his song. From a very early age, he loved to perform. He was never shy and would perform with his whole heart.

Although my mother lost custody of Timothy, she was allowed visitation. When given that time, she would drop us off at someone else's house and

take off. Timothy and I spent a lot of time with other family members, especially my mother's baby sister. When she did come around, all the kids loved being in her presence. She was the adult that would play with us, always made us laugh and always had a beautiful demeanor and spirit about her. Timothy and I loved our mother very much because we could see the beauty in her regardless of what state she was in. She's the type of woman that would give you the shirt off her back, always willing to help anyone. When she would leave us, Timothy and I would cry and yearn for her for hours. As a little girl, it broke my heart to see my brother cry for our mom. So, I stopped crying in hopes it would help with him, but it never did. It was always so devastating to see her go. It brings me to tears thinking about it today.

When I turned 10, my mother was incarcerated, I was forced to move to San Francisco with my father. I remember writing Timothy letters to keep in touch. Even At my young age, I always wanted to uplift him because I felt he was given the shortest end of the stick when it came to our parents. I would send positive letters and a dollar to put a smile on his face. I would call him to check on him. So much that, to this day, I still remember that number.

When Timothy was about 7 or 8, my mother met a man who felt it important that she had a relationship with her children. I lived with my dad, so he had no control when it came to me, but he made it a point to make it happen for Timothy. He would pick Timothy up on the weekends and bring him to his house where my mom lived, and they were able to build a better bond. When I turned 14, I was given back to my mother and she was still with this man. Timothy was still coming over for weekends and we picked up our relationship like we hadn't been separated for the last 4 years. He always hated going back home when the weekend was over because his grandma was so strict. He would always ask if he could move with our mom and she would always tell him no.

As far as my mother's addiction, it was still present but better controlled. She became functional meaning she went to work, cooked us dinner, made sure we had what we needed, and stayed out of sight when she was high. I personally knew when she was high because I knew my mother so well. However, it was nothing like when we were younger.

When Timothy turned 14, his grandmother gave in and allowed him to come live with me and our mother. At this point in our lives, my mother was no longer in a relationship, we had our own apartment in North Sacramento, and she was still working. I had just turned 18 and had a newborn son. Timothy moved in with us with the expectation that he needed to get to

school every day on time. Due to my mom working, she couldn't keep a close eye on Timothy, and he would cut school and hide in the house until school was out. His grandmother found out and made him come home. He rebelled and acted out giving her a hard time, but she stayed on him like the strong woman she was. She filled his time with chores, music, lectures, reading, etc. Anything to keep him off the streets while giving him structure.

Timothy was also very active in my son's life, his first nephew. He was in the delivery room when I delivered and took so much pride in him. I would take my son over there so Timothy could babysit. He would always take my son to the grocery store with a box of candy and showed him how to sell it. Once my son sold all the candy, he would take him to Chuck E. Cheese and let him spend it all. Once Timothy was old enough to drive, he would come and pick my son up on his own and spend time with him. Although I had a child as a child, he has always been one of my biggest supporters. He continues to support and help me with him although my son is now 20.

Throughout his life, music has always been a part of Timothy. He was always singing, writing, rapping, or performing. He was the kid in our bunch that would always perform for our family, so it came to no surprise that he decided to pursue a career in music. His grandmother tried to steer his craft the right way by wanting him to rap about things of substance. He would make CDs and go around the neighborhood selling them. He did this for a while but then he got caught up in the wrong crowd and it changed. He would confide that the music he would put out was keeping him in trouble with certain people. He explained that it wasn't because of something he had done to anyone, but because he was the 'voice' and spoke about things in his music that others did not like. However, it seemed that his music wasn't really doing what he wanted it to as far as financially and he wasn't happy with it at one point.

In 2013, his first daughter was born. Timothy was incarcerated at the time but was released the first week of her birth. He was so excited to be a father that he took the role very serious. The mother of the child was going through her own addiction, so it was Timothy and I who had the main responsibility of caring for his daughter. It was his first child, so he leaned on his grandma, aunts, and I to help guide him. At the time he was dealing with probation and people trying to kill him for something he had spoken about in one of his songs.

In 2014, Timothy ended up back in jail. While incarcerated, his daughter was taken by CPS. Timothy was given a year in prison and I gained guardianship of his daughter. Once Timothy was released, his life was indebted with

courts, classes, drug testing, law enforcement and probation officers. Law enforcement constantly harassed his family and friends. The police were following him around, kicking in my door, kicking in his grandmother's door, anybody Timothy would visit. CPS made him go through all kind of hoops although he had nothing to do with them taking her into custody. He was constantly being pulled over and searched. People were shooting at him as he would ride in the passenger seat of his car. Life was hectic for him. He asked numerous times for permission to relocate and was denied. After quite a few attempts on his life, he was finally granted permission to relocate to Los Angeles.

Through all of this he continued the fight to regain custody of his daughter. He moved to Los Angeles, had his second daughter in January 2018 and was raising her with the mother. However, he was still fighting to regain custody of his eldest daughter while coming to Sacramento weekly to visit her. He went to all the classes and completed all the programs. He was granted full custody of her in July 2018.

Timothy is a wonderful father to his girls. He plays a very active role in their lives and makes sure they do not want for anything. He spoils them the way a father should. He is firm when it comes to their schooling and stays on top of them when it comes to homework and getting good grades. For their birthdays, he brings all the family together and make sure they enjoy every minute. He has strong family values and always makes it a point to be present when it comes to our family. He is always at all the family gatherings, no matter what he has going on or where he is coming from. We, the family, can reach out to him for anything and he is always willing to help. He takes wonderful care of our mother, whether it's helping her pay her rent or making sure she has decent transportation to get to work. Just recently, my son was in the process of getting evicted and Timothy paid it for him. There isn't anything we couldn't ask him for.

When we are out in public for family gatherings, he is constantly approached by fans who want autographs, picture or simply to shake his hand and say hello. As annoying as it can be for the family, Timothy always makes it a point to greet his fans and give them a little time, no matter how many of them there is. He is a very humble human being and it is apparent that he enjoys the career he has chosen and all that it comes with. He also does a lot for his community. I have personally helped him with backpack and Christmas giveaways. He is constantly in the homeless communities handing out food or money or helping for funerals. He takes good care of the less fortunate and goes above and beyond for the children.

There is one incident that stands out to me that I would like to speak on regarding the lives he impacts with his generosity. When Timothy first started to get noticed for his music, he gifted me a 'MOZZY' chain. I wear it proudly and have so ever since he gave it to me. I work in health care and is constantly asked about it. I have a guard when asked because I understand there is many that do not care for him. My immediate reaction is stand offish, telling people I do not want to speak on it. There was one gentleman who checked his mother in for a procedure and wheeled her to the lobby to wait. He then came back to me and simply asked, 'Do you know Mozzy?' The look on my face prompted him to quickly explain. He says, 'My apologies, I mean no disrespect. The lady you checked in is my mom. I don't know if you looked in her chart, but she is very sick. Some family members created a go-fund me account to help with some of her expenses. Somehow Mozzy found out about it and donated a lot of money. So, if you do know him, I just want him to know that we thank and appreciate him'. It brought tears to my eyes and made me so extremely proud of my little brother. I have many, but this is at the top of the list. I explained that I did know him, and I would pass the message. I told Timothy about it, and although he couldn't remember the lady, I could tell that it felt good for him to hear it as well.

This situation he is in is unfortunate because he is truly a good human being and means well. He isn't perfect by any means, but his heart is one of the good ones. I personally know this because I watched him grow and the growth I've witnessed is beyond exemplary. There was a point in his life when he felt like he had nothing to live for but after having his girls, he realized there is so much more to life, giving him purpose.

The possibility of him losing his freedom has weighed so heavily on Timothy, that I truly in my heart feel that he has learned that he must move in a better way than riding around with guns. I understand why he may have felt it necessary, but there is never any excuse for the danger you put yourself and others in by doing so. From the conversations that we have, I can tell that he realizes he is jeopardizing everything he has worked so hard for and he can lose it all. Although, he has made bad decisions, I do not believe he will allow these poor choices to define who he is, which is a wonderful, intelligent, loving human being with so much life to live and so much love to give.

Thank you for your time,

Melissa Harrison

16 February 2021
Joseph M. De Leon
█████████ ██
Sacramento, CA ███

Hon. Percy Anderson
U.S. District Court

Dear Judge Anderson

I am writing on the behalf of Timothy Patterson, who I have known in various capacities for over 7 years. Timothy is the father of my niece, Zayda Patterson, and I closely regard him as a brother. He has maintained a loving relationship with my sister and has provided her and his daughters with nothing but good faith, love, and a stable environment. I fully trust him as a provider and as a positive father figure to my sister and niece. Throughout my sister's relationship with Timothy, he has contributed a stable home for her and their children, with any resource easily accessible. His children have benefited from a superb education, chances at experiencing many extracurricular activities, and are nourished not just with food but with adoration and support from Timothy.

My sister, Sukhjit Singh, has become a passionate entrepreneur and a self taught business owner. Timothy, with his encouragement and commendation, has influenced Sukhjit in reaching her potential to be financially exceptional; which in turn allows her to become a devoted mother who is self-sufficient. With Timothy as the involved father figure and husband, he and his family are formidable and will have many positive ventures together in the near future.

When I was a child, I experienced alarming events in Timothy's neighborhood of Oak Park, Sacramento. I have seen countless police incidents, poverty, and violence at such a young age in the community of Oak Park. Understanding that Timothy was raised in such a hostile environment attests to his perseverance and strong empathy towards his personal community and home. Along with having an absent father and a mother who was afflicted with drug addiction, Timothy endured such disadvantages that made him resilient as a person.

I have witnessed Timothy's effect on the community of Sacramento, CA and throughout the world in the past several years. Many acquaintances and close peers of mine have an immense sense of pride knowing that Timothy is a successful musician. As an enlisted member of the United States Army I have traveled throughout the world, from Florida, to Washington D.C., to even South Korea. Within these locations, I have met Soldier's who actively consume Timothy's music and regard him as a phenomenal artist. Timothy's influence and impact is felt internationally. Another personal event that greatly impacted my impression of Timothy was when he made a guest appearance at Sheldon High School, my very own Alma Mater in 2015. I was currently employed as a Special Education Assistant and had the pleasure to see Timothy invoke his wisdom and mentoring in a large live setting. He spoke to motivate and inspire the members of my very own community and neighborhood.

It is well known that Timothy has given back to the community of Sacramento. He has donated his own time and money with countless Christmas giveaways, Turkey giveaways, donations to the local homeless, and spontaneous meet ups with the youth. "Provide For Your People" is Timothy's personal non-profit organization that advocates for at-risk youth and supplies them with the necessities to

improve their own quality of life. Timothy's prime objective is to mentor and uplift his community to become successful.

In regards to the recent legal case involving Timothy, I believe that he undoubtedly will not repeat any such offense moving forward. I believe Timothy's community and his family will be greatly affected from the outcome of this legal process. I truly consider that Timothy will continue to be an outstanding member of our local community and will continue to contribute immensely in such a positive and empowering manner.

Respectfully,

Joseph M. De Leon
Sergeant, USA
Human Resources Sergeant

Afira Usher

███████████

Sacramento, CA.   ██████

(916) 256-5345

February 15, 2022

Hon. Percy Anderson

U.S. District Court

Re: U.S. v. Patterson

Dear Judge Anderson

I am writing on the behalf of Timothy C. Patterson Jr, who is appearing before your court due to a gun possession.

I have been an auntie to Timothy C. Patterson for 34yrs. In his early years of life, from the time my mother, Brenda P. Usher received guardianship of Timothy (due to his mother and father were unable to care for him with their own faults in life dealing with drugs and prison), we lived together. I am his auntie; he is my first nephew. When it comes to Mr. Patterson and I, the true extension of your auntie is like a 2ⁿᵈ mother role if you will tell the story. Before I had my own, Mr. Patterson was my first live in child. We also lived next door to each other for 20yrs. Mr. Patterson is his own person and a student of the world.

Watching my nephew grow up from a young child into a man has always been a treasure to watch. One of those individuals who went to bed early to rise early and get his day started. Mr. Patterson has never been a procrastinator, but a go getter. For any child, not being raised by your mother and father, can leave you wondering why? I never wanted him to feel that way so we stepped up and made sure he had his own birthday parties, Christmas's and any other special days to celebrate we celebrated.

He thanks me all the time for always including me as a priority like your own child.

My nephew loves music, always has and told me one day auntie, I am going to do it big. His drive to accomplish his dream as an artist has inspired and motivated the entire family to ignite their own talents. In his youth and teen years, he loved to have fun, talent shows were a family favorite, he would read for hours, write songs and perform them to us all the time at family functions or just throughout the house.

Watching him nurture his crafts and positions as a father, partner, brother, cousin, nephew, artist, educator, manager, CEO, advisor, coach, mentor, leader and son has been monumental.  He takes on each role effortlessly.  Never complains about the obstacles, always trying to find the resolution of any situation within his own life or the family. He loves the kids, always has been a big admirer of the youth.  He would walk around telling all his younger cousins to, "Stay in school, that's what's good." Which in turn birth one of his famous quotes, "Education Is A Mandatory Check."

In life we all have hardships as well as accomplishments.  Mr. Patterson is not immune to any of it.  One of his biggest accomplishments that I know touches his heart on a daily is fatherhood.  He is the father of two girls.  Arianna (8) and Zayda (4) Patterson. Mr. Patterson lost custody before Arianna was one (1), she went into the system and was later awarded to Mr. Patterson's oldest sister, Melissa Harrison, temporary. When Mr. Patterson was eligible to regain custody, he took no stops to turn his life around to regain custody (full custody) of his daughter, Arianna Patterson. That was awarded on July 5, 2018.

One of his toughest hardships is losing his grandmother, Brenda P. Usher, to cancer on March 19, 2019. We all were helpless and had to watch our matriarch pass away before our eyes.  At the same time, he still had to run a business, perform, carry on and maintain who he is while his heart was breaking.  This can take a toll on a person, but he has taken the steps to receive therapy and care for that pain back in mid, 2019.

*L*

As an artist in the entertainment industry, Mr. Patterson is known as Mozzy-a Sacramento based rapper.  As the CEO of Mozzy Records. In his career and as a business owner he has made it his life's work to give back to the community that gave to him in the City of Sacramento, CA (Oak Park).  Mr. Patterson hosted a "Provide For Your People" giveback event and showed loved to the community.  At this event he provided school supplies, they played basketball, he had the 4th Ave Park basketball courts repaved, he gifted 400 members with haircut vouchers, shoes, gift certificates and more.  For three years straight he hosted a "Back to School Drive", "Turkey giveaway and Christmas Toy giveaway in the Oak Park community.  He goes out of his way to show love to mothers on Mother's Day, and he treated mothers to a day at the spa. He's also given to Stockton, CA and Fresno, CA communities during the holidays, and he fed the homeless communities in Los Angeles, CA.  My mother and Mr. Patterson's grandmother who raised him, (Brenda P. Usher), was a community leader in Oak Park and this nature of giving was taught to Mr. Patterson's at an early age.  It is instilled in Mr. Patterson to do whatever we can, as much as he can to give back to what has been given to him.

Today, I am asking the courts for leniency on Mr. Patterson's sentencing. Mr. Patterson has shown a steadfast and resolute demeanor in moving past his mistake in a constructive and successful manor. It is my hope that this letter regarding Mr. Timothy C. Patterson Jr.'s and his case will provide a positive light and contributing factor when the court considers this matter.

Sincerely,

Afira Usher

X _____  2/15/2022

Ms. Afira R. Usher
Owner of Usher Enterprise

February 1, 2022

Honorable Percy Anderson

United States District Court


Dear Judge Anderson,

My name is Emon Usher. I am Timothy Patterson's paternal uncle. I am writing you to provide a character reference for my nephew. I have great admiration for Timothy. What I most admire about him is his love of family, especially his role as a father, son, nephew and cousin. He is intimately involved in ensuring his children are learning and applying what they have been taught in school. During the early part of the pandemic, he happily accepted his new role as a "teacher's aide (as many parents did) and fostered a learning environment that helped keep his children ahead in their educational development. Even when he would visit us in Sacramento, he was quick to tell his older daughter, "We don't play when it comes to school, Dooterz. Let's go! Time to complete your homework." It is a great sight to see because I enjoy watching this young man love on his children with patience, empathy and respect. He is the father to his children he never had and never will have. We need more fathers that are present and active with their children like this young man.

To maintain positive connections with his adolescent nephews and cousins, he invites them to visit his family and work site for a week or so. During this time, he demonstrates to them the importance of completing the small tedious tasks that add to the larger flashy brand that the entertainment business is known for. As well as fun that involves teamwork (like basketball, volleyball or laser tag). When I visited him, I got a firsthand look at his studio and recreation center (full length basketball court, an arcade, and a study room). I got to meet the people in the community (all walks of life) that he provides small employment and goal-setting opportunities. I personally believe his kindness and commitment to helping others has kept some from choosing an unconstructive path.

Tim is a sponsor and lifetime member of the Women's Civic Improvement Club (WCIC). The WCIC is a club that provides Head Start education to 120 pre-kindergarten students during the school year, and feeds the elderly community every day. Every year, he leads his team to purchase and give away school supplies to ensure the kids in Los Angeles, Sacramento, even in Modesto are duly prepared. During the holidays, he purchases turkeys, toys and provisions for a host of families in these communities. He mentors aspiring musicians and entertainers at his studio. He provides them lessons on team building, problem solving and songwriting: picking the issue apart; picturing an ideal scenario; considering ideal solutions; and putting the result to test. Our young people need this badly, and what Tim is doing, and has done, is provide the floor for others that he might not have had when he needed it most. The signage on the front of

his studio is colorful and clear for all passersby to see: "PROVIDE FOR YOUR PEOPLE - IT'S A LIFETIME COMMITMENT." Tim is a great provider to any person or community he attaches himself. Like his mother, he walks and lives with a servant's heart. It is nothing for him to give a gift of gratitude to people in greater need than he. And he has demonstrated this, even in anguished moments when a family is financially unable to provide a respectful celebration of life ceremony for a loved one. In many ways, he is a budding pillar in the community, incessantly and humbly doing his part to make the communities that allow him to flourish a little better each day.

As a retired deputy fire chief and a current leadership coach, I know a leader when I see one in action. I am not including words that do not apply to Tim's character to simply provide a varnished filter; this is who he is. We need more leaders like this perfectly imperfect man in our communities.


Respectfully,

Emon J. Usher



*Khalil Ferguson*
*President and CEO*

*500 Capitol Mall STE 2350*
*Sacramento CA, 95814*
*Khalil@gcaintegrity.com*

The Honorable Percy Anderson
U.S. District Court

**Reference: Timothy Cornell Patterson**

Dear Judge Anderson,

My name is Khalil Ferguson, I am the President of the United CORE Alliance (UCA). The UCA is a 501(c)3 non-profit organization located in Sacramento, California. The UCA strives to serve disadvantaged communities adversely impacted by the war on drugs and continuing racial bias in the cannabis industry. Our organization engages populations and communities most impacted by the War on Drugs to create economic opportunities in emerging and existing markets, facilitates educational job training, legal support, and provides relevant tools to the constituents to which we serve.

For the past year the UCA's programming has been in Oak Park, Sacramento, California the neighborhood in which Timothy Patterson spent most of his life. I was introduced to Timothy through his music in 2014. I related to the music he created because it told stories that reminded me of my upbringing in Richmond, California. The storytelling he uses to explain the conditions and circumstances of growing up in neighborhoods destitute of resources is what draws many individuals from similar communities to his music. Most importantly, in his music and in every conversation, Timothy cites his grandmother Ms. Brenda Usher, and his two Daughters Ariana and Jayda as his source of power to grow out of the behaviors resulting from growing up in neighborhoods like ours. Since 2014 I have seen tremendous growth in Timothy that is not often accomplished by young Black men in communities like ours.

After being incarcerated until 2015 Timothy's priority was not going back to jail and more importantly getting custody of his two beautiful daughters – Ariana, and Jayda. Timothy worked diligently, staying out of trouble and completing all the necessary classes – drug and anger management – in order to retain custody to which he would be granted in the later years.

Understanding how the socioeconomic conditions of our neighborhoods reinforce the cycle of poverty and violence – to which Timothy himself was subjected to by having a mother who was an avid drug user and a father in jail – Timothy has been using his platform to provide several young men in Oak Park with jobs at his clothing stores in Los Angeles and Fresno, opportunities to advance their music careers through his Los Angeles studio compound, and has secured 10 record deals for artists deriving from the same neighborhood he grew up in. Additionally, Timothy requires as a policy that any young man or woman who he supports to remain free from drug usage/possession.

To that end, I personally and professionally believe that Timothy Patterson will not reengage in any criminal activity, and will continue to be a role model to the young men around him while also continuing to be present in the lives of his daughters.

In Community,

*Khalil J. Ferguson*

To Hon Percy Anderson, U.S. District Court

Tim and I met through collaborating on a charitable event back in 2018 called "Provide for your people," where we organized a mini carnival for the Oak Park youth and donated well over $10,000 worth of food and clothes to the less fortunate in that area. Later we became friends and continued to collaborate on similar projects.

My personal experiences with Tim Included several charitable events. I also had the to pleasure to attend a few of his concerts full of people who support his music career. I have nothing negative to say about my interactions with Tim. His growth as an artist and musician is motivational.Rather if it was performing on stage or speaking directly to the youth he gives people hope. Tim is considerate and welcoming to every person around him. He was always in good spirits.

He shows nothing but devotion to his daughters and fatherhood. I think Thats the most powerful part of his life and what motivates him to keep his life positive and inspirational is trying to be a positive role model for his daughter & family.

My first time meeting Tim was at the charity event we did in 2018. Before meeting him I had only spoke with his management and when he arrived to the charity event. The first thing he did was walk up to every person I had on staff. Security, volunteers, and myself and made sure he introduced himself to everyone involved and thanks them for helping with the day. He didn't come across as a celebrity, just a human being like everyone else and made everyone feel appreciated.

I believe this case makes it hard for people who came from difficult situations, believe they can really grow and become better in this country. Tim has devoted his life to music, his family, and helping his community and this case makes a person feel like changing for the better means nothing.

I believe the life of a criminal is the last thing Tim desires or acts on and hasn't for years and won't moving forward. He has found too much peace and success in his life to viewed as a criminal. He's an inspiration to the city of Sacramento and far beyond.

As stated earlier I never seen Tim as anything more than a community leader and Role Model for the youth and people who desire to express their art through music.

Brent Trayce Sands
2/4/2022

Sukhjinder Randhawa

February 8, 2022

To: The Honorable Judge Percy Anderson
U.S. District Court

RE: Timothy Cornell Patterson

I am writing on behalf of Timothy Patterson. I have known Mr. Patterson for five years as a business associate, artistic collaborator, and friend. In the breadth of my experience with him, he has been nothing less than an honest, principled, and reliable professional who can always be counted on to show respect and consideration for those around him.

In addition to Mr. Patterson's virtues as a colleague, I have also witnessed the seriousness he devotes to his role as a father to his two young daughters, with whom he treats with tremendous love, care, and warmth. While stewarding a demanding, and at times chaotic, career Mr. Patterson always makes room for his commitment to maintaining a healthy and present relationship with his daughters. Mr. Patterson consistently demonstrates that his children are his first priority and responsibility, even ahead of his ambitions as a musical artist, evidenced by his uncompromising diligence when scheduling work engagements to not conflict with anything pertaining to custody hearings, birthdays, or other major life events.

Although his beloved late grandmother's photo can always be found on a necklace he wears to commemorate his enduring affection for the woman who raised him, Mr. Patterson's caring nature towards others extends well beyond his children and family. He has been an invaluable and wise mentor to me, but Mr. Patterson is very well known in his community as an advocate and benefactor whose track record of dedication to social conscience and contributing to society speaks volumes.

Mr. Patterson remains a champion for many public causes, undaunted by the smorgasbord of social issues that he has seen afflict his community firsthand. Among the most inspiring examples of his duty to his community that I have personally seen include payments for funerals of several individuals from underprivileged backgrounds, hosting charity giveback events for at risk youth, and being a passionate public advocate for shifting taboo cultural perceptions of the homeless population, mental health, and treating mental illness.

I have known many people in my life, and that is why I can vouch for Mr. Patterson's virtues with certitude, as I rarely meet anyone with his level of humility, integrity, and introspectiveness.

Sincerely,

Sukhjinder Randhawa

Eamon Mulligan

Albany, CA

February 3, 2022

Hon. Percy Anderson
U.S. District Court

Dear Hon. Percy Anderson,

I have known Timothy Patterson for approximately 6 years, in a mostly professional capacity, but have also spent time with him in social settings as well. The frequency of these interactions varied based on the release schedule of his albums, i.e. during an album cycle interactions could be multiple times a week, and on off cycle times, every couple months.

During these interactions Mr. Patterson exhibited the utmost respect for every one I've seen him interact with. He has always been polite, courteous and accommodating. Often giving his time selflessly to make sure everything that was needed of him was completed, and stopping to help people in need from giving generous amounts of money to the homeless, to helping kids in need.

I unfortunately never got to witness his relationship with his grandmother, but I know that relationship was special to him, and has influenced his sense of commitment to his community. In the time I have known Mr. Patterson, I have personally witnessed him paying for back to school supplies and haircuts for children, repainting his local basketball court and holding a community event with free food, supplies, and health services, donating supply packs to the homeless community in Los Angeles, and doing toy giveaways in his hometown.

While all the financial and material gifts to those in need highlight Mr. Patterson's generosity, his giving back is not only limited to monetary donations. He has also very publicly gone to therapy and urged his community to remove the stigma of therapy. By doing this he could potentially affect a generation to resolve their trauma through therapeutic means.

From what I know of Mr. Patterson and his love of life, family, friends, and community, I can confidently say that he would never repeat this offense as he has grown immensely as a man in the short time I have known him. He is a great father who puts his children first and a great friend who encourages the best out of people around him.

Sincerely,

Eamon Mulligan



# *From The Desk of Trae Tha Truth*

### February 3, 2022


RELIEF **GANG**

**To: Hon. Percy Anderson**
**U.S. District Court**

**Re: Timothy Cornell Patterson**

My name is, Frazier Thompson, and I go by the stage rapper name of ***Trae Tha Truth***. I am a nationally acclaimed recording artist, philanthropist, activist, and businessman. I pride myself on being hands on in then community with an intent to not only assist in my immediate city of Houston, but the the entire U.S. For over 2 decades I have consistently led teams that have changed the lives of families with an emphasis on those with at risk youth. My organization, Angel By Nature's mission is dedicated to improving lives for individuals who have been affected by hardship and impoverishment.

In the 13 years I have known Timothy he has been consistently active in all of my efforts. During that time, I have had the pleasure working beside Timothy in the community as he has assisted me many times in relief efforts. He has assisted us during our back to school events where he been there to distribute backpacks with school supplies, school uniforms etc. Been a part of assisting our basic needs support during disaster efforts as well as our holiday giving. Timothy has been instrumental in contributing to the progress of rebuilding homes and a host of other community development assistance.

Additionally, Timothy has also financially donated to our causes which assists us with increasing the amount of children and families we are able to help annually. Timothy and I understand, because at one point we were these children. You see where we come from, we grew up with little to no positive influence and no proper structure and no guidance. It is important to Timothy and myself to provide children with greater opportunities than we had. We are intentional about how we serve others in an attempt help keep them on the right track. Timothy has a huge heart to change the environment that he grew up in. This is his calling, and his impact is instrumental.

I feel it is important to keep Timothy in the community doing this work. These children need to experience men like him who have a story of change to help guide them in life. Please consider this in your decision making. Thank you for considering this letter. I appreciate your time.

**Trae Tha Truth**
*Trae Tha Truth*

February 1, 2022

To: Hon. Percy Anderson
U.S. District Court

Regarding: U.S. v Timothy Cornell Patterson Character Reference Letter

From:  Rajan Patel
President, Framework Studio
915 Wilshire Blvd.
Suite 850
Los Angeles, CA 90017
(310)815-1245
rajan@frameworkla.com


To The Honorable Percy Anderson,

My name is Rajan Patel and I am the President of Framework Studio in Los Angeles, California.  I have volunteered to write a 'Character Reference Letter' for Timothy Cornell Patterson as I find the subject matter of this case and Timothy's character as something that is relevant and important due to my experiences with Timothy, as an individual.

I know Timothy socially and through business dealings.  Have spent time with him and his family, business partners and core group of friends and family over the last five years.  Timothy, in the years that I have known him, has not only been a positive impact to society, but he has also been a personal inspiration to me.

We have worked on projects together that have ranged from helping underserved communities have access to toys and clothing during the holidays in Oak Park Sacramento through large scale efforts to get much needed hygiene products, shoes & socks, along with meals to homeless population in the Los Angeles area.

Although some of these initiatives have been well executed and thoughtful plans that bring in multiple vendors, individuals and even support from schools and cities, Timothy has been at the center of it.  His passion to give back is undeniable and something we should all be striving for.  Throughout these experiences I have had the blessings to see him interact with his family, especially his daughters.  Having my own first born child last year, Timothy has shown me how important it is that in our busy lives we must first and foremost take care of our own children.

I believe that everything above reflects Timothy's past, including this specific legal case that he is involved in.  He has a passion for doing the right thing.  His upbringing is one that has caused trauma.  One of the projects we worked on together was watching him sit with a therapist and

in front of his family, friends, fans, and community, watch his heart pour out as he addressed some of the darkest moments in his life.

The positivity that exudes from him is something that has always perplexed me for a human that has gone through so much. It is why I can say that I grew attached to him as a friend, a mentor and in business. I want people like him in my life to keep me grounded and remind me that everything we have is because of the struggle we took to get to this point. I could not be prouder of this man and to call him a friend.

Now Timothy has used the negative energy of this case to turn his life into a positive. I believe that his relationship and ties to his community and family are stronger than ever. This gives me the utmost confidence that he will, what he has always done, take this experience and turn it into a positive and push it behind him so he can move forward to do good in this world.

I hope that my words offer one person's opinion into understanding how Timothy has become a gift to our society. There are many people in his position who take what is given to them and never give back. I also believe that if you ask anyone else in his circle these same questions, you will get the same love and positivity from this letter pouring out in different forms of affirmation that Timothy Cordell Patterson is a good man.

Thank you,

*Rajan Patel*

Rajan Patel
Framework Studio



# Women's Civic Improvement Club of Sacramento, Inc.
### 3555 3rd Avenue
### Sacramento, California 95817
### (916) 457-8661

February 16, 2022

Honorable Percy Anderson
U. S. District Court

Dear Honorable Percy Anderson:

I am writing on behalf of Mr. Timothy Cornell Patterson's character and community service. I have known Timothy since he was a child in pre-school, as well as while being in the guardianship of his late grandmother, Ms. Brenda P, Usher.

He attended Women's Civic Improvement Club/Playmate Child Development Center, Head Start Program at 3 years of age through 5 years of age under my leadership as Head Start Director. Timothy was kind and creative while attending Head Start!

I believe Timothy's love for writing and producing music come from his soul seeking peace, due to his childhood of being fatherless and motherless, which most times is a struggle that no one understands other than someone who has walked and lived in those shoes. Mr. Patterson is an asset to the Oak Park Community of Sacramento, California through his innovative art skills, which motivates youths to develop their own art skills.

I meet people often throughout the Sacramento communities who admire Timothy for his generosity of giving back to the most needy citizens. Our communities need more Timothy Patterson's to encourage today's young people to never give up on their hopes and dreams, because the **impossible is possible**! Mr. Patterson has also had several interviews throughout today's music industry where he shares his thoughts and prayers for positive communities through encouraging youths and adults for a better future, as well as become great citizens.

Mr. Patterson is a kind spirit of Hope, Faith and Love!
Respectfully,

Edenausegboye Davis, MPA
Executive Director/Head Start
Women's Civic Improvement Club/Playmate Head Start Programs
(916) 203-5777 Cell
(916) 457-8661 Office
(916) 451-8870 HS Office



WCIC IS A UNITED WAY AGENCY

# Character Reference Letter

February 4, 2022

To the Honorable Judge Percy Anderson, U.S. District Court,

I am writing on behalf of my friend Timothy Cornell Patterson. I met Tim in Sacramento, California 9 years ago through a mutual acquaintance. Tim is one of the best people I have ever met and I just wanted to tell you about him in hopes that you see him the way I do.

My friend Tim is an amazing person, to say the least. He is trustworthy, dependable, kind hearted, honest and definitely a man of his word. In the years that I have known Tim he has been there for me during my own difficult times on numerous occasions. I am so lucky to have met Tim and that I am able to call him my friend.

Timothy is a family man, he loves his daughters more then anything in this world. He worked hard to get custody of his oldest daughter and was awarded sole custody in 2018. He is an exceptional parent, he is active in both girls daily life, upbringing and education. I can attest to Timothy's devotion to being a great father to his daughters.

Timothy did not grow up being spoon fed. His father was in prison for most of Tims life. And his mother was addicted to drugs. Tim was raised by his grandmother (who was more of a mother to him), they lived in rough and troubled neighborhood. This all played a huge impact on Tims life. At the young age of 13, Tim experienced and witnessed a lot of rough things in the neighborhood he lived in. But eventually as Tim got a little older and wiser he was able to focus on his career and move out of Sacramento.

Tim has been very successful in his career and bettered his life in numerous ways. Tim is a productive member of society and quite often helps the less fortunate. Tim has fed many homeless people, gives turkeys to families in need at thanksgiving and gives toys to children/families around Christmas.

I am fully aware of the charge being brought against Timothy and honestly, I am in complete disbelief. I do not believe Tim is involved in any criminal activity. Timothy has a lot going for himself, a successful rising career, two daughters he is raising and family and friends that he loves. Tim is an all around great guy.

If you have any questions, please feel free to contact me.

Tara Johnson
916-955-8318



**PETER HOLTZ CPA**
YOUR SUCCESS IS OUR BUSINESS
CLOUD SYSTEMS + BUSINESS ADVISORS + TAX SOLUTIONS

February 11, 2022

Re: U.S. v, Patterson.

Hon. Percy anderson
U.S. District Court,

My name is Peter Holtz, and I am currently the CPA for Timothy Patterson, his businesses and non-profit. I have known Timothy for the past 4 years and meet regularly with him to discuss his business, personal and philanthropic goals.

His ongoing contribution and involvement to his non-profit; Provide For Your People is a priority for Timothy. This non-profit gives back to his community, which reaches many underprivileged individuals. Setting aside financial resources for the community is the hallmark of strong character. I have always found him to be honest, straightforward and transparent in his business and philanthropic endeavors.

My interactions with Timothy have always been professional, pleasant, and insightful. If any additional information is needed, please let me know.

Thank you,

Peter Holtz, CPA

PHONE: (209) 941-0189 + FAX: (209) 941-2066 + WWW.PETERHOLTZCPA.COM
210 TOWNE CENTRE DRIVE, LATHROP, CA 95330