Exhibit E





