Exhibit F









