Exhibit G









### MOZZY
**Title:** SLEEP WALKIN
**Certification Date:** July 31, 2019
**Label:** MOZZY RECORDS / EMPIRE
**Format:** SINGLE

SHARE  MORE DETAILS ▼



### $TUPID YOUNG
**Title:** MANDO (FEAT. MOZZY)
**Certification Date:** November 10, 2021
**Label:** AFFICIALS / EMPIRE
**Format:** SINGLE

SHARE  MORE DETAILS ▼



### LIKYBO
**Title:** KRAAZY
**Certification Date:** April 28, 2021
**Label:** MBO / MOZZY RECORDS / EMPIRE
**Format:** SINGLE

SHARE  MORE DETAILS ▼



### MOZZY
**Title:** EXCUSE ME
**Certification Date:** July 10, 2020
**Label:** MOZZY RECORDS / EMPIRE
**Format:** SINGLE

SHARE  MORE DETAILS ▼









Take a look at the complete tracklist below. *Road To Fast 9* drops July 30.

1. YoungBoy Never Broke Again ft Lil Baby – "One Shot"
2. Tory Lanez & Kevin Gates – "Convertible Burt"
3. Don Toliver – "Clap"
4. Lil Skies – "Red & Yellow"
5. Wiz Khalifa ft Toosii – "Flight To China"
6. Arcangel – "No Hay Amor"
7. Elladio Carrion – "Solo Llama"
8. NLE Choppa – "Ruff Rydas"
9. Nocap ft Quando Rondo – "Family"
10. Kingmost Wanted – "How 2 Ride"
11. Tyga ft Mozzy "Too Fast"
12. Jowell & Randy – "No Bailes Sola"
13. Allen Mock – "Phantom"

🔒 hypebeast.com

Kevin Winter/Getty Images

Music     Jul 30, 2020   9.8K   💬 0

The *F9* accompanying mixtape *Road To Fast 9* is scheduled to release on July 30 and will feature a number of cuts from some of hip-hop's rising artists.

Road To Fast 9 will include the likes of NBA YoungBoy and Lil Baby on "One Shot," Don Toliver on "Clap," Wiz Khalifa and Toosii on "Flight To China," NLE Choppa on "Ruff Ryda" and Tyga and Mozzy on "Too Fast."



**VARIOUS ARTISTS**
**Title:** BLACK PANTHER THE ALBUM
**Certification Date:** May 10, 2018
**Label:** TOP DAWG ENTERTAINMENT / AFTERMATH / INTERSCOPE RECORDS
**Format:** ALBUM

SHARE    MORE DETAILS ▼





# Mozzy Talks Getting a Grammy Shoutout From Kendrick Lamar and Quitting Lean

**Natalie Maher**
2/6/2018

Nick Walker

At the 60th annual Grammy Awards, **Kendrick Lamar** won best rap album of the year, and some of the first words out of his mouth weren't his own, but Sacramento rapper **Mozzy**'s. He walked on to the grandiose stage, smirked and said, "Like my guy Mozzy say, 'God up top all the time…'"



——— ARTS & CULTURE

# Local Rap Artists Mozzy, SOB x RBE on 'Black Panther' Soundtrack

By Nastia Voynovskaya    Jan 31, 2018

🔖 Save Article

   



After shouting him out at the Grammys, Kendrick Lamar also announced that Sacramento rapper Mozzy would be featured on the 'Black Panther' soundtrack. *(YouTube)*

billboard.com

# Eminem Teases New 'Venom' Soundtrack Cut with Skylar Grey, Polo G & Mozzy

**Gil Kaufman**
9/29/2021



Kevin Mazur/WireImage

**Eminem** is ready to sting you again. After dropping the song "Venom" in 2018 as part of the roll-out of the Spider-Man spinoff film of the same name, Slim Shady teased a follow-up to accompany the upcoming Venom sequel, Friday's (Oct. 1) *Venom: Let There Be Carnage*.








