Exhibit H





