# Exhibits I – M Placeholder

# Videos submitted under separate cover

Stanley I. Greenberg, Esq. (SBN 053649)
11845 West Olympic Boulevard, Suite 1000
Los Angeles, CA 90064
Telephone: (424) 248-6600; Fax: 424-248-6601
Email: stanmanlaw@aol.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:21-CR-00443-PA |
| v. | |
| TIMOTHY CORNELL PATTERSON | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

1 DVD containing Video Exhibits I-M to Defendant Timothy Patterson's Sentencing Position:
Exh. I: Video: Mozzy Back Pack Drive for Kids
Exh. J: Video: Mozzy Documentary Clip 1
Exh. K: Video: Mozzy Documentary Clip 2
Exh. L: Video: Mozzy, Untreated Trauma, Episode 1
Exh. M: Video: Mozzy, Untreated Traume, Episode 2

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

3/31/2022
Date

Stanley I. Greenberg
Attorney Name

Timothy Patterson
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)      **NOTICE OF MANUAL FILING OR LODGING**