# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 21-443 PA |
| Date | April 25, 2022 |

**Present: The Honorable** PERCY ANDERSON, U.S. DISTRICT JUDGE

**Interpreter** N/A

| Kamilla Sali-Suleyman (video) | Lisa Gonzalez (video) | Julie Shemitz (video) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Timothy Cornell Patterson (video) | √ | | √ | Stanley I Greenberg (video) | √ | | √ |
| | | | | Eugene P. Hanrahan (video) | √ | | √ |

**Proceedings:** **SENTENCING** by ZOOM (non-evidentiary)

For the terms and conditions of the sentencing, refer to Judgment and Probation/Commitment Order.

| | : | 40 |
|---|---|---|
| | Initials of Deputy Clerk | KSS |

cc: USPO, PSA, USMO, BOP,