PROB 12
(Rev. 11/04)

CLERK, U.S. DISTRICT COURT
01/23/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___kss___ DEPUTY

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

U.S.A.   VS.   Timothy Cornell Patterson                                       Docket No.:  2:21-CR-00443-PA-1

### Petition on Probation and Supervised Release (Modification)

      COMES NOW NATASHA ALEXANDER-MINGO , CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Timothy Cornell Patterson</u> who was placed on supervision by the Honorable <u>PERCY ANDERSON</u> sitting in the Court at <u>Los Angeles</u>, <u>California</u>, on the <u>25</u>th day of <u>April</u>, <u>2022</u> who fixed the period of supervision at <u>three years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Timothy Cornell Patterson has breached the Court's trust based on taking controlled substances without a valid prescription. In response to these violations, the Probation Officer recommends a modification that will require Mr. Patterson to participate in home detention program with electronic monitoring for up to 120 days. Mr. Patterson has a history of substance abuse and recently relapsed. A residential treatment condition is being requested as a controlling strategy to mitigate the risk of further drug use. Mr. Patterson and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Timothy Cornell Patterson, as a special condition of supervision, shall participate for a period of up to 120 days in a home detention program which may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification system and shall observe all rules of such program, as directed by the Probation Officer.

Timothy Cornell Patterson, as a special condition of supervision, shall pay the costs of Location Monitoring to the contract vendor, not to exceed the sum of $12.00 for each day of participation. Timothy Cornell Patterson shall provide payment and proof of payment as directed by the Probation Officer.

During the course of supervision, the Probation Officer, with the agreement of Timothy Cornell Patterson and defense counsel, may place Timothy Cornell Patterson in a residential drug treatment program approved by the United States Probation Office for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if Timothy Cornell Patterson reverted to the use of drugs, and Timothy Cornell Patterson shall reside in the treatment program until discharged by the Program Director and Probation Officer.

|  |  |
|---|---|
| ORDER OF COURT | Respectfully, |
| Considered and ordered this **23rd** day of **Jan.**, 20**24** and ordered filed and made a part of the records in the above case.<br><br>_/s/ signature_<br>United States District Judge<br>HONORABLE PERCY ANDERSON | SULIMAN RAZAI   /S/<br>U. S. Probation & Pretrial Services Officer<br><br>Place:   Woodland Hills, California<br>Approved: RANDY ORLOW   /S/<br>Supervising U.S. Probation & Pretrial Services Officer<br>Date:   January 22, 2024 |